No. 509, Misc.   PROPHET *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.

No. 532, Misc.   PRICE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 537, Misc.   BURGETT *v.* WILKINS, WARDEN, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 596, Misc.   MORICONI *v.* BANNAN, WARDEN.   C. A. 6th Cir.   Certiorari denied.
——.

No. 694, Misc.   TRINKLE *v.* AMERICAN EMPLOYERS' INSURANCE Co.   C. A. 6th Cir.   Certiorari denied.

No. 701, Misc.   GAULKE *v.* MINNESOTA.   Supreme Court of Minnesota.   Certiorari denied.

No. 714, Misc.   BOYE *v.* NEW YORK.   Appellate Division, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.

No. 552, Misc.   WINN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   *David Carliner* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.